UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE J. KONCELIK JR., <br><br> Lead Plaintiff, <br><br> v. <br><br> SAVIENT PHARMACEUTICALS, INC., CHRISTOPHER G. CLEMENT, ZEBULUN, and D. HOROWITZ, <br><br> Defendants. | Civil Action No. 08-cv-10262 (GEL) |

## LEAD PLAINTIFF'S MOTION FOR PARTIAL LIFTING OF THE DISCOVERY STAY

Marc I. Gross
Tamar A. Weinrib
Fei-Lu Qian
**POMERANTZ HAUDEK**
 **GROSSMAN & GROSS LLP**
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Patrick V. Dahlstrom
**POMERANTZ HAUDEK**
**GROSSMAN & GROSS LLP**
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184

**LAW OFFICE OF MARY M. WHELAN, ESQ.**
12 East Harbor Drive
P.O. Box 2299
Sag Harbor, New York 11963

*Attorneys for Lead Plaintiff*

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, before the Honorable Gerald E. Lynch, at the United States District Court, Southern District of New York, Courtroom 6B at the Daniel Patrick Moynihan United States District Courthouse, 500 Pearl Street, New York, New York, Lead Plaintiff, Lawrence J. Koncelik, Jr., will respectively move this Court, for an Order to partially lift the discovery stay set forth in Section 21(D)(b)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B) in order to:

1. compel identification by Defendants of certain third party corporations;

2. permit service of preservation subpoenas on those third party corporations.

The grounds for this motion are fully set forth in the memorandum in support of this motion, which is incorporated herein by reference.

Dated: May 13, 2009
New York, New York

                Respectfully submitted,

                **POMERANTZ HAUDEK**
                **GROSSMAN & GROSS LLP**

                /s Marc I. Gross
                Marc I. Gross
                Tamar A. Weinrib
                Fei-Lu Qian
                100 Park Avenue
                New York, New York 10017
                Telephone: (212) 661-1100
                Facsimile: (212) 661-8665

                **POMERANTZ HAUDEK**
                 **GROSSMAN & GROSS LLP**
                Patrick V. Dahlstrom
                Ten South La Salle Street
                Suite 3505

Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**LAW OFFICE OF MARY M. WHELAN, ESQ.**
12 East Harbor Drive
P.O. Box 2299
Sag Harbor, New York 11963

*Attorneys for Lead Plaintiff,*
*Lawrence J. Koncelik, Jr.*