USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **2 8 OCT 2010**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAWRENCE J. KONCELIK, JR. ,                    )
Individually and on Behalf of All Others       )
Similarly Situated,                            )
                                               )
                              Plaintiff,        )          08 Civ. 10262 (GBD)
            vs.                                )
                                               )
SAVIENT PHARMACEUTICALS, INC.,                 )          **NOTICE OF APPEAL**
CHRISTOPHER G. CLEMENT, and                    )
ZEBULUN D. HOROWITZ,                           )
                                               )
                              Defendants.       )
                                               )

2010 OCT 28  PM 3:39
S.D. OF N.Y.
U.S. DISTRICT COURT
FILED

        Notice is hereby given that LAWRENCE J. KONCELIK, JR., individually and on behalf

of all others similarly situated, hereby appeals to the United States Court of Appeals for the

Second Circuit from the Judgment on Defendants' motion to dismiss entered in this action on the

30th day of September, 2010.

                                        _____
                                                  Tamar Weinrib

                                        100 Park Avenue, 26th Floor
                                        New York, New York 10017
                                        Telephone:  (212) 661-1100

Date:  October 28, 2010